**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 9, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00116-CR
### NO. 14-24-00117-CR

---

## IN RE DARREN TRAMELL HUGES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCR-090968 & 20-DCR-090974**

---

## MEMORANDUM OPINION

On February 15, 2024, relator Darren Tramell Hughes filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Surendran K. Pattel to "to issue written rulings on all relator's motions and to grant

said motions. . ."[1]

Relator is represented by counsel. A defendant is not entitled to hybrid representation, and, as a consequence, a trial court is free to disregard any pro se motions presented by a defendant who is represented by counsel. *Jenkins v. State*, 592 S.W.3d 894, 902 n.47 (Tex. Crim. App. 2018). Moreover, in the absence of a right to hybrid representation, relator's pro se petition for writ of mandamus presents nothing for this Court's review. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Turner v. State*, 805 S.W.2d 423, 425 n.1 (Tex. Crim. App. 1991).

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Zimmerer and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b)

---

[1] Relator states that the motions are a motion to reinstate his bond, a motion to suppress, and a motion to dismiss.